J-S06016-21

| | | |
|---|---|---|
| IN THE INTEREST OF: N.B., A MINOR | : : : : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| APPEAL OF: BUCKS COUNTY CHILDREN AND YOUTH SOCIAL SERVICES AGENCY | : : : : : | |
| | : | No. 2076 EDA 2020 |

Appeal from the Order Entered October 30, 2020
In the Court of Common Pleas of Bucks County Criminal Division at
No(s):  CP-09-DP-0000023-2018

BEFORE:   PANELLA, P.J., NICHOLS, J., and PELLEGRINI, J.[*]

## **ORDER**

AND NOW, this 7th day of July 2021, we GRANT Appellee's Application for Publication of Memorandum Decision.  The Prothonotary is directed to withdraw the Memorandum filed on June 9, 2021.

PER CURIAM

---

[*] Retired Senior Judge assigned to the Superior Court.